UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELDORADO BROWN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SEATTLE POLICE DEPARTMENT and EMBASSY SUITE,<br><br>　　　　　　　　Defendants. | No.　2:25-cv-02579<br><br>KING COUNTY SUPERIOR COURT CAUSE No. 25-2-35684-1 SEA<br><br>NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a) |

TO:　THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE:

　　Defendant Seattle Police Department ("SPD") hereby gives notice that it is removing this case to the United States District Court for the Western District of Washington on the grounds set forth below.

　　1.　On 08/28/2025, this action was filed by plaintiff against Defendant SPD in King County Superior Court under Cause No 25-2-24935-2 SEA (See First Amended Complaint attached to the Verification of State Court Records as Ex. 1).

　　2.　The matter was assigned to The Honorable David Whedbee, and the Court issued an

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION) - 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Order Setting Civil Case Schedule (attached as Ex. 2 to the Verification of State Court Records).

3. A copy of the King County Superior Court docket is attached as Exhibit 3 to the Verification of State Court Records.

4. Upon information and belief, there have been no further proceedings in this action.

5. It appears that within the Complaint, Plaintiff alleges a Constitutional claim for a civil rights violation for Americans with Disabilities Act—Title II under 42 U.S.C. § 12131(2) and under Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, specifically, that the Defendants discriminated against the Plaintiff contrary to the Americans with Disabilities Act—Title II, which are unavailable to him in the Superior Court of the State of Washington, but are available when proceeding under Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

6. A claim for a violation of Section 504 of the Rehabilitation Act, 29 U.S.C. § 794 arises under and is controlled by the laws and the Constitution of the United States and therefore falls within the original jurisdiction of the United States District Court. *See* 28 U.S.C. §§ 1331, 1343 and 1441(b). The entire case may thus be removed to the United Sates District Court for determination of all issues. *See* 28 U.S.C. § 1441(c).

7. Defendant SPD has filed this Notice of Removal within thirty (30) days after receipt, through service or otherwise, of a copy of Plaintiff's Complaint. *See* 28 U.S.C. § 1441(b).

8. Intradistrict Assignment: Pursuant to Local Rule 101(e), Defendant SPD notes that it is removing this case to the Western District of Washington, Seattle Division, because the vents complained of occurred in King County.

9. This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending. *See* 28 U.S.C. § 1441(a).

WHEREFORE, Defendant SPD hereby gives notice that the civil action in King County

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)
(FEDERAL QUESTION) - 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Superior Court, State of Washington has been removed from that Court to the United States District Court for the Western District of Washington at Seattle.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Defendant Seattle Police Department hereby demands a trial by jury of all issues so triable as raised herein or which hereinafter may be raised in this action.

DATED this 17th day of December, 2025.

    ANN DAVISON
    Seattle City Attorney


    */s/Frederick Dore*
    Frederick Dore, WSBA #53531
    Assistant City Attorney
    Email:  Frederick.Dore@seattle.gov

    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Phone: (206) 684-8200

    *Attorney for Defendant Seattle Polic Department*

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION) - 3

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| ***Plaintiff pro se*** | ☑ E-Mail |
|---|---|
| Eldorado Brown<br>King County Jail<br>500 5th Avenue<br>Seattle, WA 98104 | eldoradobrown86@gmail.com |

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

| ***Plaintiff pro se:*** | ☐ USPS First Class Mail |
|---|---|

*/s/Elisabeth Connett*
Elisabeth Connett, Legal Assistant

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION) - 4

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200