THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELDORADO BROWN,

                Plaintiff,

   v.

CITY OF SEATTLE, *et al.*,

                Defendants.

CASE NO. C25-2579-JCC

ORDER

This matter comes before the Court on the City Defendants' motion to stay discovery (Dkt. No. 18), including Defendant Embassy Suites' notice of joinder (Dkt. No. 29). The Court's recent order (Dkt. No. 32) effectively mooted the City Defendants' request. But Embassy Suites remains a defendant. And its motion to dismiss (Dkt. No. 28) is not yet ripe for consideration. *See* LCR 7(d). Thus, the Court finds good cause to stay discovery solely as to this defendant pending disposition of its motion (Dkt. No. 28).[1]

Accordingly, the Court GRANTS Embassy Suites' request to stay (Dkt. No. 29) and DIRECTS the Clerk to terminate the City Defendants' motion (Dkt. No. 18) as moot. This order

---

[1] It does so in support of the orderly operation of Court business. *See, e.g.*, *Lloyd v. Fitzwater*, 2020 WL 1890591, slip op. at 1–2 (W.D. Wash. 2020); *Magassa v. Wolf*, 2020 WL 2307477, slip op. at 1–2 (W.D. Wash. 2020).

ORDER
C25-2579-JCC
PAGE - 1

has no import as to King County's discovery obligation.[2]

It is so ORDERED this 17th day of March 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[2] The County also joined in the City Defendants' request. (*See* Dkt. No. 27.) But it provided the no supporting argument. Nor can the Court glean what the County's rationale may be, since (unlike the other defendants) it has not yet moved for dismissal of the claims in this case.

ORDER
C25-2579-JCC
PAGE - 2