THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELDORADO BROWN, | CASE NO. C25-2579-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF SEATTLE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On March 11, 2026, Plaintiff lodged two discovery motions (Dkt. Nos. 34, 36). In light of outstanding motions to dismiss and to stay discovery (Dkt. Nos. 28, 41, 43), the Court DIRECTS the Clerk to renote Plaintiff's discovery motions (Dkt. Nos. 34, 36) to the noting date for the latest-filed of these motions—Defendant King County's motion to dismiss (Dkt. No. 41)—which is April 20, 2026.

DATED this 1st day of April 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C25-2579-JCC
PAGE - 1