Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ELDORADO BROWN, an individual,

                        Plaintiff,

      vs.

KING COUNTY, CITY OF SEATTLE, and
EMBASSY SUITE

                   Defendants.

No.  2:25-cv-02579-JCC-DWC

[~~PROPOSED~~] ORDER GRANTING
DEFENDANT KING COUNTY'S
MOTION TO STAY DISCOVERY
PENDING RULING ON
DEFENDANT'S DISPOSITIVE
MOTION

THIS MATTER came before the Court pursuant to *Defendant King County's Motion to Stay Discovery Pending Ruling on Defendant's Dispositive Motion*. (**Dkt. No. 43**). The Court has fully considered the pleadings on file herein, and the following evidence:

1.      Defendant King County's Motion to Stay Discovery Pending Ruling on Defendant's Dispositive Motion;

2.      Plaintiff's Response, if any;

3.      Defendant's Reply, if any.

Based on the foregoing, it is hereby ORDERED, ADJUDGED and DECREED that Defendant King County's Motion to Stay Discovery Pending Ruling on Defendant's Dispositive Motion (**Dkt. No. 43**) is GRANTED.

DEFENDANT KING COUNTY'S MOTION TO STAY DISCOVERY
DEADLINES – No.  2:25-cv-02579-JCC  PAGE 1 OF 2

DONE IN OPEN COURT this 13th day of April 2026.

_John C. Coughenour_

_____
THE HONORABLE JOHN C. COUGHENOUR

*Presented by:*

LEESA MANION
King County Prosecuting Attorney

Dated this 20th day of March, 2026

By:*/s/Leslie English*
LESLIE ENGLISH, WSBA #55018
Senior Deputy Prosecuting Attorney
Attorney for King County Defendants
lenglish@kingcounty.gov

DEFENDANT KING COUNTY'S MOTION TO STAY DISCOVERY
DEADLINES – No.  2:25-cv-02579-JCC  PAGE 2 OF 2